UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSUE OROZCO JUAREZ,<br><br>    Petitioner,<br><br>  v.<br><br>RUBEN LEYVA, *et al.*,<br><br>    Respondents. | Case No. 2:26-cv-01268-MMD-DJA<br><br>ORDER |

Petitioner Josue Orozco Juarez, an immigration detainee challenging his ongoing federal detention at Nevada Southern Detention Center, filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1 ("Petition")), paid his filing, and moves to seal Exhibit A (ECF No. 3 ("Motion")).

Following a preliminary review, the Court finds that the Petition establishes a *prima facie* case for relief and directs that it be served on the United States Attorney's Office for the District of Nevada ("USAO") and sets a briefing schedule. The Court also finds that a compelling need to protect individual safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records and therefore grants the Motion to seal Exhibit A, Petitioner's Amended Evidence in Support of Bond. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

It is therefore kindly ordered that the Clerk of Court:

1. Add the USAO to the docket as an Interested Party. Pursuant to District of Nevada's General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.

2.  Mail a copy of the Petition (ECF No. 1) and this Order under Rule 4(i)(2) of the Federal Rules of Civil Procedure to John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave. Pahrump, NV 89060.

3.  Send a courtesy copy of the Petition (ECF No. 1) and this Order to Ashley Hesman (Mattos's attorney) at ahesman@strucklove.com.

It is further ordered that counsel for Respondents file a notice of appearance within three days of the date of this Order and file and serve their answer to the Petition within seven days of the date of this Order, unless additional time is allowed for good cause shown. Respondents must file any documents referenced or relied upon in their responsive pleading with that pleading.[1] Petitioner will then have five days to file a reply.

It is further ordered that the parties meet and confer regarding any requests for an extension of deadlines and stipulate to the extension if possible. Any motion for extension must certify efforts taken to meet and confer and indicate the opposing party's position regarding the extension. Any motion or stipulation must comply with Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1, 6-2.

It is further ordered that Respondents shall not transfer Petitioner out of this District until further order of the Court.[2]

///

///

///

///

---

[1] *See Harris v. Nelson*, 394 U.S. 286, 290 (1969) (holding that "a district court, confronted by a petition for habeas corpus which establishes a *prima facie* case for relief, may use or authorize the use of suitable discovery procedures . . . reasonably fashioned to elicit facts necessary to help the court to 'dispose of the matter as law and justice require.'" (citing 28 U.S.C. § 2243)).

[2] *See F.T.C. v. Dean Foods Co.,* 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

It is further ordered that the Motion (ECF No. 3) is granted. Exhibit A (ECF No. 4) is considered properly filed under seal.

DATED THIS 24th Day of April 2026

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE